ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-po-00226-CDB |
|---|---|
| Plaintiff, | [Citation #09976640 CA/10] |
| v. | |
| ELVIS L. RAMIREZ, | JOINT MOTION AND ORDER TO ALLOW TRAFFIC SCHOOL, PAYMENT OF FIXED-SUM IN LIEU OF APPEARANCE, AND VACATE TRIAL DATE |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, and Elvis L. Ramirez, Defendant, hereby move this Court to allow traffic school, payment of fixed-sum in lieu of appearance, and vacatur of the trial date currently set for October 7, 2025, at 10:00 a.m.

The parties hereto respectfully request the Court to order, that Citation #09976640 CA/10 be resolved by payment of a fixed-sum in lieu of Mr. Ramirez's further appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410, upon his proof of completion of traffic school.  Mr. Ramirez meets the criteria for traffic school and the United States approves of traffic school if the Court is so inclined.

/ / /

/ / /

Further, upon the Court's approval of traffic school and Mr. Ramirez's completion of said traffic school, the parties respectfully request that Mr. Ramirez be allowed to pay a $150 forfeiture amount and a $30 processing fee for a total of $180.

DATED: September 10, 2025          Respectfully submitted,

                                      ERIC GRANT
                                      United States Attorney

By:   /s/ *Luke Baty*
      LUKE BATY
      Assistant United States Attorney

DATED: September 10, 2025          Respectfully submitted,

By:   /s/ *Elvis L. Ramirez*
      ELVIS L. RAMIREZ
      Defendant


# **O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 58 and Local Rule 410, **within 90 days of entry of this order**, Defendant Elvis L. Ramirez shall attend traffic school and upon proof of completion of said traffic school, pay a fixed-sum forfeiture amount of $150.00 and a $30.00 processing fee for a total amount owed of $180.00.

IT IS FURTHER ORDERED that the trial set for October 7, 2025, at 10:00 a.m. be vacated.

IT IS FURTHER ORDERED that the parties appear for status conference on January 6, 2026, at 10:00 a.m., in Bakersfield before Magistrate Judge Christohper D. Baker

IT IS FURTHER ORDERED that the January 6 status conference shall be vacated and the parties relieved of their obligation to appear upon Defendant's timely payment of the total sum owing ($180.00).

IT IS SO ORDERED.

Dated: **September 19, 2025**                    _____
                                                                                UNITED STATES MAGISTRATE JUDGE